IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| PATRICIA E. KREGER, | Case No. 6:17-cv-00627-SI |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA & COSTS PURSUANT TO 28 U.S.C § 1920 |
| COMMISSIONER, Social Security Administration, | |
| Defendant. | |

Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,002.59 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and costs of $400.00, for the filing fee, pursuant to 28 U.S.C § 1920. Payment of this award shall be via check made payable to Plaintiff and mailed to Plaintiff's attorneys at HARDER, WELLS, BARON & MANNING, P.C., 474 Willamette Street, Eugene, Oregon 97401. Pursuant to *Astrue v. Ratliff,* the award shall be made payable to Plaintiff's attorneys, HARDER, WELLS, BARON & MANNING, P.C., if the Commissioner confirms that Plaintiff owes no debt to the Government through the federal treasury offset program. There are no costs or expenses to be paid herein.

Dated this 5th day of November 2018.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge

Proposed Order submitted by:
Katherine Eitenmiller
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street, Eugene, OR 97401
(541) 686-1969
keitenmiller@hwbm.net
Of Attorneys for Plaintiff